**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                              Case No.   17-cv-5607-ILG-JO

              Plaintiff,

          - against -

LULU FROST, INC.,

              Defendant.
------------------------------------------------------------X

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

       Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-

referenced matter against Lulu Frost, Inc.  No Answer has been filed in this case.

Dated: Brooklyn, New York
       November 28, 2017

                        SHAKED LAW GOUP, P.C.
                        Attorneys for Plaintiff

                  By:*/s/Dan Shaked*_____
                    Dan Shaked (DS-3331)
                    44 Court St., Suite 1217
                    Brooklyn, NY 11201
                    Tel. (917) 373-9128
                    Fax (718) 704-7555
                    e-mail: ShakedLawGroup@Gmail.com